**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; HYDROPONIC MUSIC; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; and MOW B'JOW MUSIC INC., <br><br> Plaintiffs, <br><br> v. <br><br> 3817 PACIFIC LLC d/b/a CATTLE 'N CLOVER and JOHN SHEPPARD, <br><br> Defendants. | Civil Action No. 23-22782 (RMB) (AMD) <br><br> *Document Electronically Filed* <br><br> **FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by way of motion filed by Plaintiffs, by and through their attorneys, Gibbons P.C., seeking entry of final judgment by default against Defendants 3817 Pacific LLC d/b/a Cattle 'N Clover and John Sheppard (together, "Defendants"); and it appearing that the Complaint in this matter was filed on November 30, 2023 (ECF No. 1); and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants (ECF Nos. 5-6); and the time for answering the Complaint having expired; and Defendants having not been granted an extension of time within which to interpose an answer and having failed to interpose an answer or otherwise respond to the Complaint; and it appearing that default was duly entered by the Clerk of the Court as to Defendants on February 20, 2024, for failure to plead or otherwise defend in this action; and the Court having reviewed the papers in

support of Plaintiffs' Motion for Default Judgment; and good cause having been shown:

IT IS on this <u>18th</u> day of <u>July</u>, 2024,

**ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs' Motion for Default Judgment against Defendants is granted and Plaintiffs have judgment against Defendants, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of five (5) musical compositions owned and/or licensed by Plaintiffs;

2. Plaintiffs shall recover from Defendants 3817 Pacific LLC d/b/a Cattle 'N Clover and John Sheppard, jointly and severally, statutory damages in the amount of Six Thousand Nine Hundred Dollars ($6,900) for each of the five (5) musical compositions, for a total of Thirty-Four Thousand Five Hundred Dollars ($34,500), pursuant to 17 U.S.C. § 504(c)(1);

3. Plaintiffs shall recover from Defendants 3817 Pacific LLC d/b/a Cattle 'N Clover and John Sheppard, jointly and severally, full costs in this action, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505;

4. Plaintiffs shall recover from Defendants 3817 Pacific LLC d/b/a Cattle 'N Clover and John Sheppard, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961;

5. Defendants and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted; and

**IT IS FURTHER ORDERED** that Plaintiffs ~~are directed to~~ may submit a Certification of Services regarding Plaintiffs' costs and attorneys' fees within twenty-one (21) days of this Order.

_____
Hon. Renée Marie Bumb, C.U.S.D.J.